**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTEL CORPORATION, ) <br> ) <br> Defendant. ) | **CIVIL ACTION NO. 2-05CV-321** |

## DECLARATION OF MICHAEL E. JONES IN SUPPORT OF MOTION TO TRANSFER

I, Michael E. Jones, declare and state as follows:

1. I submit this declaration in support of the Motion to Transfer filed on behalf of Defendant Intel Corporation ("Intel"). I base this declaration on my personal knowledge and, if called as a witness, I could and would testify to the matters set forth herein.

2. I am a Shareholder at Potter Minton, counsel for Intel in this action.

3. Intel does not presently expect to call any fact witnesses who live in the state of Texas to testify in this action.

4. Attached hereto as Exhibit A is a true and correct copy of AmberWave's First Set of Requests for Production in Intel Corporation v. AmberWave Systems Corporation, Civ. Action No. 05-301-KAJ (D. Del.) (Honorable Kent A. Jordan), which was served on Intel on August 29, 2005.

5. Attached hereto as Exhibit B is a true and correct copy of AmberWave's First Set of Interrogatories in Intel Corporation v. AmberWave Systems Corporation, Civ. Action No. 05-301-KAJ (D. Del.) (Honorable Kent A. Jordan), which was served on Intel on August 29, 2005.

6. Attached hereto as Exhibit C is a true and correct copy of a February 2, 2004 Intel Press Release, which I personally downloaded, on September 2, 2005, from Intel's website at: http://www.intel.com/pressroom/archive/releases/20040202comp.htm.

7. Attached hereto as Exhibit D is a true and correct copy of a June 23, 2004 Intel Press Release, which I personally downloaded, on September 2, 2005, from Intel's website at: http://www.intel.com/pressroom/archive/releases/20040623comp.htm.

8. Attached hereto as Exhibit E is a true and correct copy of an article by Peter Weiss, entitled *Straining for Speed*, which appeared in SCIENCE NEWS on Feb. 28, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September, 2005.

                                    Respectfully submitted,

                                    By: /s/ Michael E. Jones